# 13 CV 8202



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

__Charles Lloyd__

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

__P.O. Michael McAvoy__
__SGT. Thomas Sabbio__
__Gregory Clarke__
__police Commissioner__
__Raymond Kelly__

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

COMPLAINT
under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial: ☒ Yes ☐ No
(check one)

I. Parties in this complaint:

A. List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name __Charles Lloyd__
ID # __541-13-00597__
Current Institution __Rikers Island 19-18__
Address __Hazen St. east elmhurst N.Y. 11370 C-95__

B. List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1   Name __Michael McAvoy__   Shield # __15100__
Where Currently Employed __120 Precinct 78__
Address __richmond Terrace 2320 Hylan boulevard 116 main ST. S.I. N.Y. 10301.__

Rev 05/2010                                     1

Case 1:13-cv-06542-BMC-JMA Document 2 Filed 11/14/13 Page 2 of 2 PageID #: 5

Defendant No. 2  Name **Thomas Sabbio**  TAX # **937463**  Shield # 
Where Currently Employed **120 Precinct 78 richmond**
Address **Terrace 2320 Hylan boulevard**
**116 main ST. S.I. N.Y. 10301**

Defendant No. 3  Name **Gregory Clarke ESQ**  Shield # 
Where Currently Employed **The legal aid Society**
Address **60 Bay ST. STaten Island**
**N.Y. 10301.**

Defendant No. 4  Name **Raymond Kelly**  Shield # 
Where Currently Employed **1 police plaza - room**
Address **S-20 STreet level OF police**
**headquarters N.Y. N.Y. 10038**

Defendant No. 5  Name _____ Shield # ___
Where Currently Employed _____
Address _____

II. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. In what institution did the events giving rise to your claim(s) occur?

B. Where in the institution did the events giving rise to your claim(s) occur?

C. What date and approximate time did the events giving rise to your claim(s) occur?

**April 15 Th 2013**

Rev 05/2010                              2